JOSEPH K. PAROT et al., Appellants, v CITY OF BUFFALO et al., Respondents.—Order unanimously affirmed without costs. Memorandum: Plaintiff was injured when he fell while unloading street light standards from a flatbed trailer at a lot where they were to be stored for future use throughout the City of Buffalo. The court properly dismissed his Labor Law § 240 (1) cause of action because the delivery of the street light standards was not to a construction site but was merely for stockpiling for future use *(see, Cox v LaBarge Bros. Co.,* 154 AD2d 947, 947-948, *lv dismissed* 75 NY2d 808; *cf., Lewis-Moors v Contel of N. Y.,* 167 AD2d 732; *Dedario v New York Tel. Co.,* 162 AD2d 1001). Likewise, the court correctly dismissed plaintiff's Labor Law § 241 (6) cause of action *(see, Sprague v Picciano,* 100 AD2d 247, 249-250, *lv denied* 62 NY2d 605). (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Summary Judgment.) Present—Callahan, J. P., Denman, Green, Pine and Lowery, JJ.